# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MARIAN CALDWELL POWELL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AFNI, INC.,<br><br>    Defendant. | Case No. 1:22-cv-01247-JBM-JEH<br><br>Judge Joe Billy McDade<br>Magistrate Judge Jonathan E. Hawley |
| NICOLE PROCHNOW, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AFNI, INC.,<br><br>    Defendant. | Case No. 1:22-cv-01287-JES-JEH<br><br>Judge James E. Shadid<br>Magistrate Judge Jonathan E. Hawley |
| LESLIE GREEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AFNI, INC.,<br><br>    Defendant. | Case No. 1:22-cv-01290-JES-JEH<br><br>Judge James E. Shadid<br>Magistrate Judge Jonathan E. Hawley |
| THOMAS DAVIS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AFNI, INC.,<br><br>    Defendant. | Case No. 1:22-cv-01294-JES-JEH<br><br>Judge James E. Shadid<br>Magistrate Judge Jonathan E. Hawley |

| | |
|---|---|
| CLARA OWENS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AFNI, INC.,<br><br>Defendant. | Case No. 1:22-cv-01297-MMM-JEH<br><br>Judge Michael M. Mihm<br>Magistrate Judge Jonathan E. Hawley |

**[PROPOSED] ORDER GRANTING PLAINTIFFS CALDWELL POWELL, PROCHNOW, GREEN, AND DAVIS' MOTION TO CONSOLIDATE AND APPOINT INTERIM CO-LEAD COUNSEL**

**WHEREAS**, Plaintiffs Marian Caldwell Powell, Nicole Prochnow, Leslie Green, and Thomas Davis have filed a motion for an order requesting consolidation of the five above-captioned actions and appointment of co-lead counsel; and

**WHEREAS**, the Court has carefully reviewed the motion, including the memorandum and declarations attached thereto and all files, records, and prior proceedings to date in this matter, and good cause appearing based on the record.

**NOW THEREFORE, IT IS ORDERED** that:

1.  The following related actions shall be consolidated for all purposes before the Honorable Dale: *Caldwell Powell v. Afni, Inc.*, No. 1:22-cv-01247-JBM-JEH; *Prochnow v. Afni, Inc.*, No. 1:22-cv-01287-JES-JEH; *Green v. Afni, Inc.*, No. 1:22-cv-01290-JES-JEH; *Davis v. Afni, Inc.*, No. 1:22-cv-01294-JES-JEH; and *Owens v. Afni, Inc.*, No. 1:22-cv-01297-MMM-JEH (hereafter, the "Consolidated Action"). The *Caldwell Powell* case is designated as the lead case. All papers filed in the Consolidated Action shall be filed under Case No. 1:22-cv-01247-JBM-JEH and shall bear the following caption:

2

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AFNI, INC. DATA BREACH LITIGATION<br><br>This Document Relates To: | Lead Case No.: 1:22-cv-01247-JBM-JEH |

    2.    The Court appoints Ben Barnow of Barnow and Associates, P.C. and Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC as Interim Co-Lead Counsel to lead the Consolidated Action and to assure the orderly prosecution of the Consolidated Action, with the responsibilities set forth below:

    a.    Finalizing and filing all pleadings, briefs, motions, and other papers on behalf of Plaintiffs and the putative class;

    b.    Initiating, coordinating, and conducting all pretrial discovery for the benefit of Plaintiffs and the putative class, including causing the issuance of interrogatories, document requests, requests for admission, subpoenas, and examining witnesses at depositions;

    c.    Conducting all settlement negotiations on behalf of Plaintiffs and the putative class;

    d.    Acting as the spokesperson for Plaintiffs and the putative class at pretrial proceedings in response to the Court's inquiries, subject to any right of individual Plaintiffs' counsel to present non-repetitive, individual or different positions as directed by the Court;

    e.    Conducting trial and post-trial proceedings;

    f.    Conducting all appeals;

    g.    Consulting with and employing consultants and experts as they may deem appropriate;

    h.    Negotiating and entering into stipulations with Defendant regarding the litigation;

    i.    Monitoring the activities of plaintiffs' counsel to ensure that schedules are met and unnecessary expenditures of time and money are avoided;

   j. Coordinating and communicating with Defendant's counsel with respect to the matters addressed in this paragraph; and

   k. Performing such functions as may be expressly authorized by further orders of the Court.

 3. Initial deadlines for the Consolidated Action are as follows:

   a. Plaintiffs shall file a Consolidated Complaint no later than 30 days following entry of this Order;

   b. Defendant shall file an answer or otherwise respond to the Consolidated Complaint within 30 days of the filing of the Consolidated Complaint;

   c. Plaintiffs shall file an opposition to any motion to dismiss or similar motion filed in response to the Consolidated Complaint within 14 days of the motion;

   d. Defendant shall file a reply in support of any motion to dismiss or similar motion within 14 days of Plaintiffs' opposition; and

   e. Defendant need not file a response to the Complaints in *Prochnow*, *Green*, *Davis*, and *Owens*.

**IT IS SO ORDERED.**

Dated: _____          _____
                   JUDGE JOE BILLY MCDADE